Michael Shipley (SBN 233674)
michael.shipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
AVKARE, INC. and AMNEAL
PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASAO HENDRIX, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff(s),*<br><br>v.<br><br>AVKARE, INC.; AMNEAL PHARMACEUTICALS, INC.; EXPRESS SCRIPTS, INC.; and JOHN DOES 1-100,<br><br>*Defendants.* | CASE NO. 2:20-cv-00676-JAM-EFB<br><br>The Honorable John A. Mendez<br><br>**ORDER GRANTING STIPULATION OF PLAINTIFF AND DEFENDANTS AVKARE, INC. AND AMNEAL PHARMACEUTICALS, INC. FOR AN ORDER EXTENDING THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to the stipulation of the parties herein, the Court hereby orders that Defendants Avkare, Inc. and Amneal Pharmaceuticals, Inc. must respond, move, or otherwise plead to Plaintiff's Complaint on or before July 20, 2020.

IT IS SO ORDERED.

Date: 5/27/20

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

[PROPOSED] ORDER

1