1   Michael Shipley (SBN 233674)
2   michael.shipley@kirkland.com
    KIRKLAND & ELLIS LLP
3   555 South Flower Street
4   Los Angeles, California  90071
    Telephone:  (213) 680-8400
5   Facsimile:   (213) 680-8500

6
    Attorneys for Defendants
7   AVKARE, INC. and AMNEAL
8   PHARMACEUTICALS, INC.

9               **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
10

11  MASAO HENDRIX, individually,          ）  CASE NO. 2:20-cv-00676-JAM-EFB
    and on behalf of all others similarly ）
12  situated,                             ）
                                          ）  The Honorable John A. Mendez
13          *Plaintiff(s),*               ）
                                          ）  **[PROPOSED] ORDER GRANTING**
14          v.                            ）  **STIPULATION OF PLAINTIFF AND**
                                          ）  **DEFENDANTS AVKARE, INC. AND**
15  AVKARE, INC.; AMNEAL                  ）  **AMNEAL PHARMACEUTICALS,**
    PHARMACEUTICALS, INC.;                ）  **INC. FOR AN ORDER STAYING**
16  EXPRESS SCRIPTS, INC.; and            ）  **THE TIME TO RESPOND TO**
    JOHN DOES 1-100,                      ）  **PLAINTIFF'S COMPLAINT AND/OR**
17                                        ）  **AMENDED COMPLAINT**
            *Defendants.*                 ）
18                                        ）
                                          ）
19                                        ）
                                          ）
20

1

2      Pursuant to the stipulation of the parties herein, the Court hereby orders that

3   Defendants Avkare, Inc. and Amneal Pharmaceuticals, Inc.'s time to respond, move,

4   or otherwise plead to Plaintiff's Complaint and/or Amended Complaint is stayed

5   pending the resolution of Plaintiff's 1406(a) motion to transfer the current action to

6   the District of New Jersey and a decision regarding consolidation of *In re Metformin*

7   *Marketing and Sales Practices Litigation*, Civil Action No.  20-cv-2324.

8      IT IS SO ORDERED.

9   Date: _____, 2020               _____

10                                              Hon. John A. Mendez
                                                United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
1