Michael Shipley (SBN 233674)
michael.shipley@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
AVKARE, INC. and AMNEAL PHARMACEUTICALS, INC.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASAO HENDRIX, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff(s),*<br><br>v.<br><br>AVKARE, INC.; AMNEAL PHARMACEUTICALS, INC.; EXPRESS SCRIPTS, INC.; and JOHN DOES 1-100,<br><br>*Defendants.* | CASE NO. 2:20-cv-00676-JAM-EFB<br><br>The Honorable John A. Mendez<br><br>**ORDER GRANTING STIPULATION OF PLAINTIFF AND DEFENDANTS AVKARE, INC. AND AMNEAL PHARMACEUTICALS, INC. FOR AN ORDER STAYING THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND/OR AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties herein, the Court hereby orders that Defendants Avkare, Inc. and Amneal Pharmaceuticals, Inc.'s time to respond, move, or otherwise plead to Plaintiff's Complaint and/or Amended Complaint is stayed pending the resolution of Plaintiff's 1406(a) motion to transfer the current action to the District of New Jersey and a decision regarding consolidation of *In re Metformin Marketing and Sales Practices Litigation*, Civil Action No. 20-cv-2324.

IT IS SO ORDERED.

Date: 7/2/2020

/s/ John A. Mendez

Hon. John A. Mendez
United States District Court Judge