**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN. DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASAO HENDRIX, Individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>AVKARE, INC.;<br>-and-<br>AMNEAL PHARMACEUTICALS, INC.;<br>-and-<br>JOHN DOES 1-100,<br><br>Defendants. | Civil Action No.: 2:20-cv-00676-JAM-EFB |

**ORDER**

Before the Court is the Parties' Stipulation to Transfer the above-captioned proceeding to the District of New Jersey, pursuant to 28 U.S.C. § 1406(a). Dkt. No. 28. Pursuant to the Stipulation, it is hereby ORDERED that the Clerk of the Court is directed to effectuate the transfer of this action to the United States District Court for the District of New Jersey.

DATED: July 9, 2020

/s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE